United States District Court
Southern District of Texas
ENTERED
November 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARTIN L. KENNEDY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-03348 |
| | § | |
| ERIC GUERRERO, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM AND ORDER

The petitioner, Martin L. Kennedy (TDCJ #01474898), is a state inmate incarcerated in the Texas Department of Criminal Justice - Correctional Institutions Division ("TDCJ"). Kennedy has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 to challenge prison disciplinary conviction number 20260098600. Doc. No. 1. Respondent has filed an Answer with evidence showing that this case is moot because the challenged disciplinary conviction has been overturned and that Kennedy's good time credits have been restored. *See* Doc. No. 15 and App'x. Kennedy has not responded to the Answer and does not dispute that his petition is moot.

Because no viable controversy remains, the petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because

"[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

Therefore, the Court **ORDERS** as follows:

1. The habeas corpus petition is **DENIED**, and this case is **DISMISSED as MOOT**.
2. All other pending motions, if any, are **DENIED as MOOT**.
3. A certificate of appealability is **DENIED**.

The Clerk shall provide a copy of this order to the parties.

SIGNED this 15th day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE